1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER TAYLOR, as Personal Representative of the Estate of John M. Clark, and for the benefit of Jeremy Joseph Taylor and Jesse Dylan-Hebden Taylor, minor children of John M. Clark,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KAHNE CORPORATION; and PORTAC, INC.,<br><br>　　　　　　　　Defendants. | No. C05-243L<br><br>ORDER TO SHOW CAUSE |

19
20
21
22

This matter comes before the Court *sua sponte*. On November 17, defendant Kahne Corporation filed a memorandum with related documents that, taken as a whole, exceed 50 pages in length (Dkt. # 27). As of this date, a courtesy copy of these documents has not been provided for chambers.

23
24
25
26

Kahne Corporation is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6), the "Minute Order Setting Trial & Related Dates" (Dkt. # 13) and also the "Important Notice" regarding courtesy copies that was sent just

ORDER TO SHOW CAUSE

1  eight days prior to the non-compliant submission, on November 9, 2005.  Kahne Corporation
2  shall immediately deliver a paper copy of the documents filed on November 17, 2005, with tabs
3  or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of
4  Electronic Filing for Chambers," to the Clerk's Office.  Kahne Corporation shall respond to this
5  order to show cause no later than five days from the date of this Order.

DATED this 22nd day of November, 2005.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge