UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER TAYLOR, as Personal Representative of the Estate of John M. Clark, and for the benefit of Jeremy Joseph Taylor and Jesse Dylan-Hebden Taylor, minor children of John M. Clark,<br><br>                Plaintiff,<br>    v.<br><br>KAHNE CORPORATION; and PORTAC, INC.,<br><br>                Defendants. | No. C05-243L<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On February 14, defendant Kahne Corporation filed a declaration with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 54, 55). As of this date, a courtesy copy of these documents has not been provided for chambers.

Kahne Corporation is hereby ORDERED to show cause within five days of this order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6), the "Minute Order Setting Trial & Related Dates" (Dkt. # 13) and also the "Important Notice" regarding courtesy

ORDER TO SHOW CAUSE

1  copies that was sent on November 9, 2005.  Kahne Corporation shall immediately deliver a
2  paper copy of the documents filed on February 14, 2006, with tabs or other organizing aids as
3  necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for
4  Chambers," to the Clerk's Office.
5     Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for
6  February 28, 2006.

     DATED this 17th day of February, 2006.


                              /s/ Robert S. Lasnik
                              _____
                              Robert S. Lasnik
                              United States District Judge