UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER TAYLOR, as Personal Representative of the Estate of John M. Clark, and for the benefit of Jeremy Joseph Taylor and Jesse Dylan-Hebden Taylor, minor children of John M. Clark, <br><br>                        Plaintiff, <br>         v. <br><br> KAHNE CORPORATION; and PORTAC, INC., <br><br>                        Defendants. | No. C05-243L <br><br> ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On February 14, defendant Kahne Corporation filed a declaration with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 54, 55). On February 27, 2006, this Court issued an order to show cause, (Dkt. # 58), why plaintiff should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6), the "Minute Order Setting Trial & Related Dates" (Dkt. # 13) and also the "Important Notice" regarding courtesy copies that was sent on November 9, 2005. Defendant Kahne subsequently submitted a courtesy copy of documents in question. The order to show case is THEREFORE VACATED.

DATED this 10th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge