UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JENNIFER TAYLOR,                      )      No. C05-0243RSL
                                      )
                Plaintiff,            )
        v.                            )      ORDER WITHDRAWING
                                      )      CERTIFIED QUESTION TO THE
KAHNE CORPORATION, *et al.*,          )      SUPREME COURT OF
                                      )      WASHINGTON
                Defendants.           )
_____)

This matter comes before the Court *sua sponte*. On June 5, 2006, pursuant to RCW 2.60.020, the Court issued an "Order Certifying Question to the Supreme Court of Washington" (Dkt. #85). On October 2, 2006, the parties filed a stipulation for dismissal of all claims with prejudice. See Dkt. #96. Shortly thereafter, on October 4, 2006, the Court issued an "Order and Judgment of All Claims with Prejudice." See Dkt. #97. As a result of this judgment, the question certified to the Supreme Court of Washington is moot. Accordingly, the Court WITHDRAWS its "Order Certifying Question to the Supreme Court of Washington" (Dkt. #85). The Clerk of Court is directed to submit a copy of this order to the Supreme Court of Washington.

DATED this 19th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER WITHDRAWING CERTIFIED
QUESTION TO THE WASHINGTON
SUPREME COURT