```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

_____  )
JENNIFER TAYLOR,                         )   No. C05-0243RSL
                                         )
                Plaintiff,               )
        v.                               )   ORDER DENYING PLAINTIFF'S
                                         )   REQUEST TO MODIFY THE ORDER
KAHNE CORPORATION, *et al.*,             )   GRANTING MOTION TO AMEND
                                         )   ORDER APPROVING MINOR
                                         )   SETTLEMENT AND DISTRIBUTION
                Defendants.              )
_____)

This matter comes before the Court on plaintiff's letter received by the Court on November 27, 2006 (Dkt. #102). In her letter, plaintiff requests modification of the language in the "Order Granting Motion to Amend Order Approving Minor Settlement and Distribution" (Dkt. #103). For the reasons set forth below, the Court respectfully denies plaintiff's request.

First, plaintiff's request was not presented for the Court's consideration in the form of a motion as required by Fed. R. Civ. P. 7(b) and Local Civil Rule 7(b). To give any interested parties an opportunity to respond, plaintiff must also note any future motion and proposed order for modification of the minor settlement and distribution on the Court's calendar in compliance with Local Civil Rule 7(d).

Second, plaintiff has not submitted proof in the form of a declaration from the settlement guardian ad litem in this case, Ms. Traci E. Mears, or other proof, supporting a modification of the terms and conditions of the minor settlement and distribution.

For all of the foregoing reasons, the Court DENIES the requests in plaintiff's letter

ORDER DENYING PLAINTIFF'S
REQUEST FOR MODIFICATION OF THE
MINOR SETTLEMENT AND DISTRIBUTION

received by the Court on November 27, 2006 (Dkt. #102).

DATED this 6th day of December, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
REQUEST FOR MODIFICATION OF THE
MINOR SETTLEMENT AND DISTRIBUTION            -2-